UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL BURNETT,
#200640,

    Plaintiff,                                       Civil Action No. 18-CV-11063

vs.                                                  HON. BERNARD A. FRIEDMAN

ANTHONY WALSH, et al.,

    Defendants.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter is presently before the Court on defendants' motion for partial summary judgment [docket entry 31]. Magistrate Judge David R. Grand has submitted a report and recommendation ("R&R") in which he recommends that defendants' motion be denied. No party has filed objections to the R&R and the time for them to do so has expired. Accordingly,

IT IS ORDERED that Magistrate Judge Grand's R&R is hereby accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that defendants' motion for partial summary judgment is denied.

                                                               s/Bernard A. Friedman
                                                               Bernard A. Friedman
Dated: July 6, 2020                               Senior United States District Judge
      Detroit, Michigan

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 6, 2020.

| | |
|---|---|
| Michael Burnett, #200640<br>Bellamy Creek Correctional Facility<br>1727 West Bluewater Highway<br>Ionia, MI 48846 | s/Johnetta M. Curry-Williams<br>Case Manager |